IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REVEREND PATRICK J. MAHONEY,<br><br>    *Plaintiff*,<br><br>v.<br><br>THE UNITED STATES CAPITOL POLICE BOARD, in its Official Capacity; KAREN H. GIBSON, in her Official Capacity as U.S. Senate Sergeant at Arms and Doorkeeper and Chair, Capitol Police Board; WILLIAM J. WALKER, in his Official Capacity as U.S. House of Representatives Sergeant at Arms and Member, Capitol Police Board; J. BRETT BLANTON, in his Official Capacity as Architect of the Capitol and Member, Capitol Police Board; J. THOMAS MANGER, in his Official Capacity as Chief of Police, Capitol Police,<br><br>    *Defendants*. | Case No. 1:22-cv-00760 |

**STIPULATION OF DISMISSAL**

All parties in the above-captioned matter hereby stipulate to the dismissal, without prejudice, of this matter, and not any other matter, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with all parties to bear their own attorney's fees and costs.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

/s/*Joshua Wallace Dixon*
Joshua Wallace Dixon
CENTER FOR AMERICAN LIBERTY
1311 S. Main Street, Suite 302
Mount Airy, MD 21771
(703) 687-6200

Harmeet K. Dhillon
(D.C. Bar ID: CA00078)
Mark P. Meuser
(D.C. Bar ID: CA00081)
177 Post Street, Suite 700
San Francisco, CA 94108
(415) 433-1700

*Counsel for Plaintiff*

/s/ *Kenneth Adebonojo*
Kenneth Adebonojo
Assistant United States Attorney
Civil Division
U.S. Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2562

*Counsel for Defendants*